IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | No. 3:14-mc-80092 JST (EDL) |
| Plaintiff, | **ORDER GRANTING STIPULATION AND REQUIRING JOINT LETTER** |
| v. | |
| ROXANE LABORATORIES, INC., | |
| Defendant. | |

The Court grants the parties' stipulation to extend the briefing deadlines for Plaintiff's motion to quash the subpoena to Patricia Campbell and orders that Defendant's opposition is due April 7, 2014, and Plaintiff's reply is due April 14, 2014.

Because Plaintiff's motion to quash implicates previous orders of the District Court in the underlying case in the District of New Jersey, the Court further orders the parties to submit a joint letter of no more than three pages by April 9, 2014, regarding whether this motion should be transferred to the District of New Jersey under Federal Rule of Civil Procedure 45(f), as this Court is inclined to and the District of New Jersey Court is amenable. See Fed. R. Civ. P. 45(f) advisory committee's note (2013 Amend.) (noting that transfer may be warranted where person subject to subpoena consents, the issuing court has already ruled on issues presented by the motion, or the same issues are likely to arise in discovery in many districts, and that "[j]udges in compliance districts may find it helpful to consult with the judge in the issuing court presiding over the underlying case while addressing subpoena-related motions").

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge