1  **LOCKE LORD LLP**
   MYOKA KIM GOODIN (SBN 229073)
2  mkgoodin@lockelord.com
   111 S. Wacker Drive
3  Chicago, IL  60606
   Telephone: 312.443.0271
4  Facsimile: 312.896.6271

5
   Attorneys for Defendant
6  ROXANE LABORATORIES, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  JAZZ PHARMACEUTICALS, INC.,

12              Plaintiff,                Case No. 3:14-mc-80092-JST-EDL
          v.
13                                        (Related to litigation pending in the United
                                          States District Court for the District of
14  ROXANE LABORATORIES, INC.,            New Jersey, Case No. 10-6108-ES-MAH)

15              Defendant.                **STIPULATION AND [PROPOSED]**
                                          **ORDER TO TRANSFER JAZZ'S**
16                                        **MOTION TO QUASH THIRD PARTY**
                                          **SUBPOENA TO ISSUING COURT**
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO TRANSFER JAZZ'S MOTION TO QUASH THIRD PARTY
SUBPOENA, CASE NO. 3:14-mc-80092-JST-EDL

1    WHEREAS, on March 7, 2014, defendant Roxane Laboratories, Inc. ("Roxane") served a

2  Subpoena to Testify at a Deposition in a Civil Action, and to Produce Documents, Information, or

3  Objects or to Permit Inspection of Premises, upon non-party Patricia Campbell;

4    WHEREAS, on March 20, 2014, plaintiff Jazz Pharmaceuticals, Inc. ("Jazz")  filed a Notice

5  of Motion; a Motion to Quash the Third-Party Subpoena to Patricia Campbell and Memorandum of

6  Points and Authorities in Support of its Motion to Quash the Third-Party Subpoena to Patricia

7  Campbell; and a Declaration of Valerie Roddy in Support of Jazz's Notice of Motion and Motion to

8  Quash the Third-Party Subpoena to Patricia Campbell, and Exhibits thereto;

9    WHEREAS, on April 2, 2014, Roxane and Jazz filed a Stipulation to Extend the Times

10  Relating to Jazz's Motion to Quash Third Party Subpoena to April 7, 2014 and April 14, 2014;

11    WHEREAS, on April 7, 2014, the Court granted the parties' Stipulation to Extend the Times

12  Relating to Jazz's Motion to Quash Third Party Subpoena to April 7, 2014 and April 14, 2014;

13    WHEREAS, on April 7, 2014, the Court ordered the parties to submit a joint letter regarding

14  whether Jazz's Motion to Quash Third Party Subpoena should be transferred to the issuing court in

15  the District of New Jersey under Federal Rule of Civil Procedure 45(f);

16    WHEREAS, on April 7, 2014, Roxane filed a Motion to Transfer and a Memorandum of

17  Points and Authorities and other supporting papers in opposition to Jazz's Motion to Quash Third

18  Party Subpoena;

19    WHEREAS, on April 8, 2014, the parties met and conferred and agreed that Jazz's Motion to

20  Quash Third Party Subpoena should be transferred to the issuing court in the District of New Jersey

21  under Federal Rule of Civil Procedure 45(f).

22    Accordingly, by the United States District Court for the Northern District of California, it is

23  ORDERED:

24    Jazz's Motion to Quash the Third-Party Subpoena to Patricia Campbell is transferred to the

25  United States District Court for the District of New Jersey, Case No. 10-6108 (ES)(MAH).

26    ///

27    ///

28    ///

2
STIPULATION AND [PROPOSED] ORDER TO TRANSFER JAZZ'S MOTION TO QUASH THIRD PARTY
SUBPOENA, CASE NO. 3:14-mc-80092-JST-EDL

1   **Stipulated to and Agreed:**

2

3   */s/      Valerie Roddy*                                    */s/  Myoka Kim Goodin*

4         VALERIE RODDY                                          MYOKA KIM GOODIN

5   QUINN EMANUEL URQUHART &                  LOCKE LORD LLP
    SULLIVAN, LLP                                      MYOKA KIM GOODIN (SBN 229073)
6   VALERIE RODDY (SBN 235163)            mkgoodin@lockelord.com
7   valerieroddy@quinnemanuel.com          111 S. Wacker Drive
    865 South Figueroa Street, 10th floor       Chicago, IL 60606
8   Los Angeles, California 90017-2543        Telephone: 312.443.0271
    Telephone:     (213) 443-3000                  Facsimile: 312.896.8271
9   Facsimile:     (213) 443-3100

10  Attorneys for Plaintiffs                          Attorneys for Defendant
                                                             ROXANE LABORATORIES, INC.
11  JAZZ PHARMACEUTICALS, INC.

    Dated:  April 9, 2014                            Dated:  April 9, 2014
12  Dated:  April 9, 2014

13

14  **ATTESTATION**

15          Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing

16  document has been obtained from counsel for Plaintiff Jazz Pharmaceuticals, Inc. as indicated by a

17  "conformed" signature (/s/).

18

19                                                         */s/  Myoka Kim Goodin*
                                                               Myoka Kim Goodin
20

21

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED** this __9__ day of __April_____ 2014:

24

25

26  _____
       Elizabeth D. Laporte
27     United States Magistrate Judge

28